BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI VALDOVINOS; AURELIO PACHECO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEJANDRO MAYORKAS, et al., )<br>)<br>Defendants. )<br>)<br>) | Case No.: 1:14-cv-547 GSA<br><br><br><br>**JOINT STIPULATION AND ORDER**<br>**RE: EXTENSION OF TIME** |

  This is an immigration case in which plaintiff has challenged the [denial] of an immigrant visa. The parties are exploring the possibility of the submission of a new visa application and accordingly stipulate to a 90 day extension of time in which the government's answer may be filed, until September 29, 2014.

Dated: June 19, 2014                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant United States Attorney

                                        s/ Christina Lee
                                        CHRISTINA HEAKYUNG LEE
                                        CAMIEL LEO BECKER
                                        Attorney for the Plaintiff

**ORDER**

Pursuant to the parties stipulation set forth above, the time for the filing of the government's answer is extended to September 29, 2014.  The initial scheduling conference is also reset to October 22, 2014 at 10:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   **June 30, 2014**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE