BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI VALDOVINOS; AURELIO PACHECO,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>        Defendants. | Case No.: 1:14-CV-547 GSA<br><br>**JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME** |

This is an immigration case in which plaintiff has challenged the denial of an immigrant visa. Plaintiff was re-interviewed for his immigrant visa on September 12, 2014. The parties request additional time as plaintiff gathers additional information to submit to the agency. The parties therefore stipulate to a 90 day extension of time in which the government's answer may be filed, until December 29, 2014.

Dated: September 16, 2014                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant United States Attorney

1

s/ Christina Lee<br>
CHRISTINA HEAKYUNG LEE<br>
CAMIEL LEO BECKER<br>
Attorney for the Plaintiff

ORDER

The time for the filing of the government's answer is extended to December 29, 2014. The Status Conference re Consent / Initial Scheduling Conference is reset to January 14, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 17, 2014**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE