Camiel Becker SB# 237477
Christina H. Lee SB# 230883
BECKER & LEE LLP
220 Sansome Street, Suite 1000
San Francisco, CA 94104
Tel: 415-233-7001
Fax: 415-233-7016

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI VALDOVINOS; AURELIO PACHECO VALDOVINOS,<br><br>     Plaintiffs,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, et. al.,<br><br>     Defendants. | Civil Case No.:1:14-cv-547 GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i); ORDER THEREON**<br><br>Doc. 14 |

    This is an immigration case in which the plaintiffs are challenging the denial of an immigrant visa. Plaintiff Pacheco was granted a second immigrant visa interview at the U.S. Consulate in Ciudad Juarez, which he attended on September 12, 2014 but a decision on the immigrant visa with withheld pending a request for additional documentation regarding a 2009 arrest that occurred in Rhode Island.

///

///

///

///

///

1

Since that time, Plaintiffs in this case have come to a decision that they no longer wish to pursue their complaint and respectfully request that it be withdrawn pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiffs further consent to their attorneys withdrawing from this case as attorneys of record.

Dated this 4th day of December 2014.

```
                                      _____s/s/_____
                                      Camiel Becker (CSBA: 237477)
                                      Christina Lee (CSBA: 230883)
                                      Becker & Lee LLP
                                      220 Sansome Street, Suite 1000
                                      San Francisco, CA 94104
                                      Attorneys for Plaintiffs
```

## ORDER

Pursuant to the foregoing notice of voluntary dismissal, this action is hereby dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Further, in light of the dismissal of this action and the written consent of both plaintiffs to the withdrawal of their counsel, the Court grants counsel's request to withdraw as attorneys of record in this case. Doc. 14.

IT IS SO ORDERED.

Dated:   **December 11, 2014**                **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE